IN THE
 TENTH COURT OF APPEALS
 
 center10985500
 
 No. 10-15-00156-CV
 
 IN RE R. WAYNE JOHNSON
 
 center-3492500
 Original Proceeding
 
--------------------------------------------------------------------------------
FINAL ORDER AND JUDGMENT

 This original proceeding has been considered by the Court. Because the Court finds that this proceeding is frivolous and groundless, it is the judgment of this Court that R. Wayne Johnson's petition for writ of mandamus is dismissed as frivolous. 

 It is further ordered that all unpaid court costs are taxed against R. Wayne Johnson.

 
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By:_______________________
 (Deputy Clerk)